UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PLACIDE DAZILE,

    Plaintiff,

-vs-                                        Case No. 6:15-CV-249-ORL-28-KRS

DISH NETWORK, L.L.C.,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff, PLACIDE DAZILE, and the Defendant, DISH NETWORK, L.L.C., by and through the undersigned and hereby stipulate and agree that this case has been settled and should be dismissed with prejudice and summarily closed on the Court Docket with each party to bear their own fees and costs.

Respectfully submitted this 5th day of January, 2016.

| | |
|---|---|
| */s/Octavio Gomez* | */s/Eric Larson Zalud* |
| Octavio Gomez, Esquire | Eric Larson Zalud, Esquire |
| Morgan & Morgan, Tampa, P.A. | Benesch, Friedlander, Coplan, et al |
| One Tampa City Center | 200 Public Square |
| 201 N. Franklin Street, 7th Floor | Suite 2300 |
| Tampa, FL 33602 | Cleveland, OH 44114 |
| Tele: (813) 223-5505 | Telephone: (216) 363-4178 |
| Fax: (813) 222-4725 | Facsimile: (216) 363-4588 |
| Florida Bar No.: 0338620 | *Admitted Pro Hac Vice* |
| TGomez@ForThePeople.com | ezalud@beneschlaw.com |
| Attorney for Plaintiff | Attorney for Defendant |